**SEND**

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 0 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, <br><br> Plaintiff(s), <br><br> v. <br><br> ASSOCIAZIONE ITALIANA SOMMELIER ROMA, et al., <br><br> Defendant(s), | CASE NUMBER <br><br> CV 05-7918 MRP (VBKx) <br><br><br> ORDER RETURNING CASE <br><br> FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: November 7, 2005

_Mariana R. Pfaelzer_
Honorable Mariana R. Pfaelzer
United States District Judge

---

NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge __Dale S. Fischer__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __DSF__ after the case number in place of the initials of the prior judge so that the case number will read CV 05-7918 DSF (VBKx)

This is very important because documents are routed to the assigned judge by means of the initials.

| | | |
|---|---|---|
| CV-89 (02/98) | ORDER RETURNING CASE FOR REASSIGNMENT | ENTERED ON CM 11/10/05 |

dockets.Justia.co