Case 2:05-cv-07918-ABC-CW   Document 6   Filed 11/16/2005   Page 1 of 1

Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al                                                                 Doc.

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U S DISTRICT COURT
NOV 16 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Academy of Motion Picture Arts & Sciences<br>　　　　　　Plaintiff(s),<br>v.<br>Associazione Italiana Sommelier Roma<br>　　　　　　Defendant(s). | CASE NUMBER:<br>CV 05-7918 DSF (VBKx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224<br>( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_11/16/05_                            _Audrey B. Collins_
Date                                  United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____

_____                   _____
Date                                  United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV 99-4796 ABC (CWx)_____ and the present case:

☒ A.  Arise from the same or closely related transactions, happenings or events; or
☒ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Kenton_____ to Magistrate Judge _____Woehrle_____.

On all documents subsequently filed in this case, please substitute the initials __ABC (CWx)__ after the case number in place of the initials of the prior judge, so that the case number will read __CV 05-7918 ABC (CWx)__. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western  ☐ Southern  ☐ Eastern Division.

Subsequent documents must be filed at the ☒ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

NOV 15 2005                           ENTERED ON CM 11/16/05

Dockets.Justia.co