Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al    Doc.

ORIGINAL

LODGED 2005 NOV 15 PM 4:08 CENTRAL DIST. CT. LOS ANGELES

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   David W. Quinto (Bar No. 106232)
2   Amir A. Amini (Bar No. 227377)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
4  Facsimile: (213) 443-3100

5

   Attorneys for Plaintiff
6  ACADEMY OF MOTION PICTURE
   ARTS AND SCIENCES

7

8                UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11  ACADEMY OF MOTION PICTURE ARTS  )  CASE NO. CV05-7918 DSF (VBKx)
    AND SCIENCES, a California nonprofit  )
12  corporation,                     )
                                     )  NOTICE OF VOLUNTARY
13               Plaintiff,          )  DISMISSAL WITHOUT PREJUDICE
                                     )  AS TO DEFENDANT ADELPHIA
14       v.                          )  CABLE COMMUNICATIONS,
                                     )  ERRONEOUSLY SERVED AS
15  ASSOCIAZIONE ITALIANA SOMMELIER )  ADELPHIA CABLE T.V.
    ROMA, an unknown entity; RAI     )
16  INTERNATIONAL, an unknown entity; )  [FED. R. CIV. P. 41(a)]
    REACH MEDIA INC., a corporation; )
17  ADELPHIA CABLE T.V., a corporation; )
    ECHOSTAR COMMUNICATIONS          )
18  CORPORATION, a corporation; DANIELE )
    PIOMBI, an individual; and DOES 1 through )
19  10, inclusive,                   )
                                     )
20               Defendants.         )
    ─────────────────────────────── )

21

22

23

24

25

26

27

28

08874/689019.1

FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM
NOV 17 2005
BY                021

NOTICE OF VOLUNTARY DISMISSAL FOR ADELPHIA CABLE COMMUNICATIONS

Dockets.Justia.com

1  TO THE CLERK AND HONORABLE JUDGE OF SAID COURT:

2         PLEASE TAKE NOTICE that plaintiff Academy of Motion Picture

3  Arts and Sciences (the "Academy"), hereby dismisses its complaint as to

4  Defendant Adelphia Cable Communications, erroneously served as Adelphia

5  Cable T.V.  The Academy makes this dismissal pursuant to Fed. R. Civ. P. 41(a).

6  Adelphia Cable Communications has not answered or moved for summary

7  judgment.

8

9  DATED:  November 15, 2005

10                                    QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
11

12                                    By _____
13                                       David Quinto
                                         Attorneys for Plaintiff
14                                       Academy of Motion Picture Arts and
                                         Sciences
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017.

     On **November 15, 2005**, I served the foregoing document(s) described as:

**(1) Notice of Voluntary Dismissal without Prejudice as to Defendant Adelphia Cable Communications, Erroneously Served as Adelphia Cable T.V; and**

**(2) Notice of Pending Bankruptcy of Adelphia Cable Communications, Erroneously Served as Adelphia Cable T.V**


all the parties in this action by

X    PLACING a  true copy thereof enclosed in sealed envelopes addressed to the parties on the attached service list.

X    BY MAIL:

    X    I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

    X    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    BY OVERNIGHT DELIVERY SERVICE (FEDERAL EXPRESS)

    ___    I caused such envelope to be placed in an overnight delivery service package with appropriate and correct directions as to its delivery and placed the package in the hands of the corresponding overnight delivery service representative to be delivered in accordance with said directions and a receipt for same retained in our files.

    BY PERSONAL SERVICE
    I caused to be hand delivered the document(s) listed above to the person(s) set forth on the attached service list.

X    Executed on **November 15, 2005**, at Los Angeles, California.

    (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


Sandra Conway
Printed Name

Signature

**SERVICE LIST**

Adelphia Communications Corporation          **Mail Service**
2730 Gateway Oaks Drive, Suite 100
Sacramento, California 95833


Echostar Communications Corporation          **Mail Service**
c/o CSC Services of Nevada, Inc.
502 East John Street
Carson City, Nevada 89706


Reach Media, Inc.                            **Mail Service**
c/o Kathy A. Jorrie
777 S. Figueroa Street, Suite 3600
Los Angeles, California 90017