Priority  ✓
Send
Enter     ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No. _CV 05-7918-ABC(CWx)_     Date _Dec. 15, 2005_

Title _Academy Motion Pix Arts ; Sciences -vs- Associazione Italian Sommelier Roma, et al._

==============================================================

PRESENT:

HON. AUDREY B. COLLINS, DISTRICT JUDGE

Daphne Alex                          Not reported
Deputy Clerk                         Court Reporter

ATTORNEYS FOR PLAINTIFFS:            ATTORNEYS FOR DEFENDANTS:
Not Present                          Not Present

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
               PROSECUTION

   IT IS ORDERED that plaintiff's counsel show cause in writing not later than _Jan. 20, 2006_ why this action should not be dismissed for lack of prosecution as to the defendant(s) _all named defendants_

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 78-1, no oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff(s)' response. The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

____ Proof of service of summons and complaint on defendants____

_X_  Answer by defendants _all named defendants_
     or plaintiffs(s)' request for entry of default

_X_  Plaintiff(s)' motion for entry of default judgment or request
     to the Clerk for entry of default judgment

_X_  Stipulation and Order extending time to respond to complaint

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

MINUTES FORM 11               DOCKETED ON CM          Initials of Deputy Clerk _D.A_
CIVIL-GEN                     DEC 1 6 2005
                              BY _____ 021