# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| **Case No.** CV 05-7918-ABC(CWx) | **Date** April 10, 2006 |
| **Title** Academy of Motion Picture Arts and Sciences -vs- Associazion Italiana Sommelier Roma | |

**Present: The Honorable** AUDREY B. COLLINS

| Daphne Alex | Katherine Stride | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Quinto | Kathy Jorrie |

**Proceedings:**   SCHEDULING CONFERENCE

Scheduling Conference held. The Court sets the following dates:

Add Claims/parties Cut-Off: May 29, 2006;
(Doe defendants are dismissed as of cut-off date to add parties)

Discovery Cut-Off: Nov. 13, 2006; Expert Discovery Cut-Off: Jan. 10, 2007;

Law & Motion Cut-Off: Jan. 16, 2007;

Final Pre Trial Conference: March 26, 2007, at 10:00AM; Trial counsel must be present;

Jury Trial: April 10, 2007, at 8:30AM.

Counsel are reminded of the requirements of Local Rule 16-14. Counsel shall submit their notice of settlement selection within 10 days.



Initials of Preparer   DA