FILED
CLERK, U.S. DISTRICT COURT

APR 14 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Academy of Motion Picture Arts and Sciences, a California nonprofit corporation<br><br>Plaintiff(s),<br>v.<br>Associazione Italiana Sommelier Roma et al<br><br><br>Defendant(s). | CASE NUMBER<br><br>CV 05-7918-ABC(CWx)<br><br><br>NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of ~~Associazione Italiana Sommelier~~ Roma and Daniel Piombi

for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☒ Proof of Service on file indicated Foreign Service - Due to the complexities in the service of summons and complaint of persons, corporation, etc in foreign countries, the docket clerk cannot process however:
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
  - ☒ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against _____
for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55.3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

4/14/06

CLERK OF COURT

By _____
Deputy Clerk

DOCKETED ON CM
APR 14 2006
BY _____ 021