# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 05-7918 ABC (MANx) |
| Date | October 12, 2006 |
| Title | Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma, et al. |

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Present: The Honorable   Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

None Present                                      None Present

**Proceedings:**   PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (In Chambers)

Pending before the Court is Plaintiff's Motion for Partial Summary Judgment. Due to court congestion, the Court hereby CONTINUES the hearing date in this matter until **Monday, December 11, 2006, at 10:00 a.m.**

Initials of Preparer   DA

