Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al.    Doc. 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 05-7918 ABC (MANx)    Date  October 16, 2006 |
| Title | Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al. |

Priority Send

Present: The Honorable    Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:    Attorneys Present for Defendant:

None Present    None Present

**Proceedings:**    DEFENDANT'S REQUEST FOR CONTINUANCE UNDER RULE 56F (In Chambers)

Pending before the Court is Plaintiff's Motion for Partial Summary Judgment. In its Opposition, Defendant requested a Rule 56f continuance in order to secure the signature of a RAI representative for a declaration, and to conduct certain discovery referenced in the Opposition. See Defendant's Opposition, 24:13-24. On October 12, 2006, the Court continued the hearing on the Motion to December 11, 2006. The Court hereby also expressly **GRANTS** Defendant's Rule 56(f) motion in order to allow Defendant to obtain the signature of a RAI representative for the declaration, and to conduct the above-referenced discovery.

The Court also **ORDERS** the parties to engage in further settlement discussions under Rule 16 before this Court decides the pending summary judgment motion. Accordingly, the parties are **ORDERED** to submit a joint report to this Court **no later than November 30, 2006**, to inform the Court of the status of these further settlement discussions.

Initials of Preparer    D.A.



DOCKETED ON CM
OCT 17 2006
BY         021