# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 05-7918 ABC (MANx) | Date | December 7, 2006 |
| Title | Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al. | | |

Present: The Honorable    Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**    ORDER RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (In Chambers)

Pending before the Court is Plaintiff's Motion for Partial Summary Judgment. On October 16, 2006, the Court ordered the parties to engage in further settlement discussions (under Fed. R. Civ. P. 16), before the Court would consider the summary judgment motion. The Court is in receipt of the Joint Report Concerning Settlement filed by the parties on November 27, 2006. The report indicates that the settlement discussions were not successful. The Court finds Plaintiff's Motion for Partial Summary Judgment appropriate for submission without oral argument. See Fed. R. Civ. Pro. 78; Local Rule 7-15. Accordingly, the Court hereby **VACATES** the December 11, 2006 hearing date and takes the matter under submission.

Initials of Preparer    D.A

