Case 2:05-cv-07918-ABC-CW   Document 97   Filed 03/19/2007   Page 1 of 4

Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al								Doc.

1  Leo G. Kailas
   REITLER BROWN & ROSENBLATT, LLC
2  800 Third Avenue, 21st Floor
   New York, New York 10022
3  (212) 209-3012
   (212) 371-5500 (Fascimile)
4  E-Mail: lkailas@reitlerbrown.com

5  Cameron A. Hopkins (Cal Bar No. 163375)
   LAW OFFICES OF CAMERON A. HOPKINS
6  865 S. Figueroa Street, Suite 1388
   Los Angeles, California 90017
7  (213) 892-9957
   (213) 892-9934 (Facsimile)
8  E-Mail: hoplaw@sbcglobal.net

9
   Attorneys for Defendants
10 RAI-RADIOTELEVISIONE ITALIANA SPA
   and NEWCO RAI INTERNATIONAL SPA
11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                     WESTERN DIVISION

15

| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIAZIONE ITALIANA SOMMELIER ROMA, an unknown entity; RAI INTERNATIONAL, an unknown entity; REACH MEDIA, INC., a corporation; ECHOSTAR COMMUNICATIONS CORPORATION, a corporation; INTERNATIONAL MEDIA DISTRIBUTORS (HUNGARY) LTD. an unknown entity; NASACOM, an unknown entity; DANIELE PIOMBI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 05-7918 ABC (CWx)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE FOR DEFENDANTS RAI RADIOTELEVISIONE ITALIANA S.P.A. AND NEWCO RAI INTERNATIONAL S.P.A.'S MOTION TO DISMISS UNTIL APRIL 9, 2007<br><br>Courtroom: 680<br>Judge: Hon. Audrey B. Collins |
|---|---|

STIPULATION AND PROPOSED ORDER RE RAI'S MOTION TO DISMISS

1        WHEREAS, Defendants RAI Radiotelevisione Italiana S.P.A. and
2  Newco RAI International S.P.A. (together, "RAI") filed a Motion to Dismiss the
3  Academy of Motion Picture Arts and Sciences' (the "Academy") First Amended
4  Complaint as to RAI on February 15, 2007;

5        WHEREAS, the hearing date and time for RAI's Motion to Dismiss is
6  currently set for March 26, 2007 at 10:00 a.m.; and

7        WHEREAS, RAI requested, and the Academy agrees, to continue the
8  hearing date two weeks, to April 9, 2007;

9        THEREFORE, the Academy and RAI, by and through their respective
10 counsel of record, hereby stipulate that, subject to the Court's approval, the hearing
11 date on RAI's Motion to Dismiss shall be continued until April 9, 2007 and RAI's
12 reply brief shall be due on April 2, 2007.

13 DATED: March 16, 2007    QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP

By_____
   David Quinto
   Attorneys for Plaintiff
   Academy of Motion Picture Arts And Sciences

DATED: March 16, 2007    LAW OFFICES OF CAMERON HOPKINS

By_____
   Cameron Hopkins
   Attorneys for Defendants
   RAI Radiotelevisione Italiana S.P.A and
   Newco RAI International S.P.A.

## ORDER

It is so ordered.

Dated: __3/19/07__                   _____
                                                    Hon. Audrey B. Collins

# PROOF OF SERVICE

I, Lusine Sharyan, am over the age of 18 and not a party to the within action; my business address is 865 S. Figueroa Street, Suite 1388, Los Angeles, California 90017.

On March 16, 2007, I served the attached:

**STIPULATION AND (PROPOSED) ORDER CONTINUING THE HEARING DATE FOR DEFENDANTS RAI RADIOTELEVISIONE ITALIANA S.P.A. AND NEWCO RAI INTERNATIONAL S.P.A.'S MOTION TO DISMISS UNTIL APRIL 9, 2007**

on all interested parties or their attorneys of record in this action as follows:

[X] By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid by first class mail in receptacle maintained by the US Postal Service, located within the City of Los Angeles, in the State of California, addressed as shown below or as shown on the attached mailing list;

[ ] I am readily familiar with my firm's practice for the collection and processing of correspondence for mailing with the US Postal Service. In the ordinary course of business, correspondence would be deposited with the US Postal Service that same day, at a location within the City of Los Angeles, California. I placed true copies of the above-entitled document in envelopes addressed as follows, sealed and placed them for collection on the date stated below, following ordinary business practices;

[ ] By placing a true copy thereof enclosed in a sealed envelope and delivering it by facsimile to the fax number of record in this action at (   )          , during ordinary business hours.

PARTIES/ATTORNEYS SERVED:

### SEE ATTACHED MAILING LIST

I decare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California.

DATED: March 16, 2007

Lusine Sharyan

3

| | |
|---|---|
| 1 | <u>PARTIES/ATTORNEYS SERVED:</u> |
| 2 | |
| 3 | David W. Quinto, Esq.<br>Amir A. Amini, Esq.<br>QUINN EMANUEL URQUHART OLIVER &HEDGES , LLP |
| 4 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017 |
| 5 | |
| 6 | Kathy A. Lorrie, Esq. |
| 7 | Jeffrey d. Wexler, Esq.<br>LUCE, FORWARD, HAMILTON & SCRIPPS, LLP<br>601 South Figueroa Street, Suite 3900 |
| 8 | Los Angeles, CA  90017 |

4