Case 2:05-cv-07918-ABC-CW    Document 104    Filed 04/03/2007    Page 1 of 1

Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al                                                                                      Doc. 104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Priority — Send — Enter — Closed — JS-5/JS-6 — JS-2/JS-3 — Scan Only —

| | |
|---|---|
| **Case No.** CV 05-7918 ABC (MANx) | **Date** April 3, 2007 |
| **Title** Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al. | |

**Present: The Honorable** Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

None Present                              None Present

**Proceedings:**   RAI DEFENDANTS' MOTION TO DISMISS (In Chambers)

A hearing regarding the above-referenced Motion to Dismiss is currently set for April 9, 2007. Due to Court congestion, the Court hereby CONTINUES the hearing on the Motion to **Monday, May 7, 2007 at 10:00 a.m.**

                                                            :
                                            Initials of Preparer   DA



Dockets.Justia.com