# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 05-7918 ABC (CWx) | Date | April 9, 2007 |
| Title | ACADEMY OF MOTION PICTURE ARTS AND SCIENCES v. ASSOCIAZIONE ITALIANA SOMMELIER ROMA, et al. | | |

Present: The Honorable  CARLA M. WOEHRLE

| D. THOMAS | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present                                          None Present

**Proceedings:**     (IN CHAMBERS)

On the Court's own motion, the Motion to Compel Defendant Echostar Satellite LLC to Produce Witnesses for Deposition, noticed by plaintiff Academy of Motion Picture Arts and Sciences for May 1, 2007, is continued to take place on **May 8, 2007 at 10:00 a.m.**

cc:  Parties of Record

Initials of Preparer


