Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al                                    Doc. 11

ORIGINAL
LODGED

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
David W. Quinto (Bar No. 106232)
Juan Pablo Albán (Bar No. 218144)
Celine C. Crosa di Vergagni (Bar No. 245054)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES

FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIAZIONE ITALIANA SOMMELIER ROMA, an unknown entity; RAI INTERNATIONAL, an unknown entity; REACH MEDIA, INC., a corporation; ECHOSTAR COMMUNICATIONS CORPORATION, a corporation; DANIELE PIOMBI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 05-7918 ABC (CWx)<br><br>**DISCOVERY MATTER**<br><br>PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBIT F TO THE DECLARATION OF DAVID W. QUINTO IN SUPPORT OF PLAINTIFF ACADEMY OF MOTION PICTURE ARTS AND SCIENCES' MOTION TO COMPEL DEFENDANT ECHOSTAR SATELLITE LLC TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO RULE 30(B)(6) AND FOR SANCTIONS; AND<br><br>[PROPOSED] ORDER<br><br>Hearing Date: May 8, 2007<br>Time: 10:00 a.m.<br>Courtroom: 640<br><br>Hon. Carla Woehrle<br><br>Discovery Cut-Off: June 15, 2007<br>Pretrial Conference: Oct. 1, 2007<br>Trial: Oct. 16, 2007 |

DOCKETED ON CM
APR 13 2007
BY _____ 021

08874/2090786.1

Case No. CV 05-7918 ABC (CWx)
APPLICATION TO FILE UNDER SEAL

Dockets.Justia.com

1   Pursuant to Local Rule 79-5.1 and the Order Governing Use and Dissemination of Confidential Information ("Protective Order") entered by the Court in this action, plaintiff Academy of Motion Picture Arts and Sciences (the "Academy") hereby respectfully requests that the Court order Exhibit F to the concurrently filed Declaration of David W. Quinto in Support of Plaintiff the Academy's Motion to Compel Defendant EchoStar Satellite LLC to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6) and for Sanctions filed under seal.

The Declaration attaches as Exhibit F a portion of the transcript of the Deposition of Tracy West, taken on December 5, 2006, which has been designated as Confidential pursuant to the Protective Order. The Academy requests that the Court order that this exhibit to the Declaration be filed under seal.

In the alternative, the Academy requests that the Court declare this exhibit to the Declaration to be outside the definition of "Confidential" as contained in the Protective Order and order it to be filed as part of the public record.

DATED: April 3, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
David Quinto
Attorneys for Plaintiff
Academy of Motion Picture Arts And Sciences

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

Exhibit F to the Declaration of David W. Quinto in Support of Plaintiff the Academy's Motion to Compel Defendant EchoStar Satellite LLC to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6) and for Sanctions is filed under seal.

Dated: April 6, 2007

Hon. Carla Woehrle
United States Magistrate Judge

-2-

Case No. CV 05-7918 ABC (CWx)
[PROPOSED] ORDER