```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David W. Quinto (Bar No. 106232)
  Juan Pablo Albán (Bar No. 218144)
  Celine C. Crosa di Vergagni (Bar No. 245054)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIAZIONE ITALIANA SOMMELIER ROMA, an unknown entity; RAI INTERNATIONAL, an unknown entity; REACH MEDIA, INC., a corporation; ECHOSTAR COMMUNICATIONS CORPORATION, a corporation; DANIELE PIOMBI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 05-7918 ABC (CWx)<br><br>**DISCOVERY MATTER**<br><br>PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO SUPPLEMENTAL DECLARATION OF CELINE C. CROSA DI VERGAGNI IN SUPPORT OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE ACADEMY'S MOTION TO COMPEL DEFENDANT ECHOSTAR SATELLITE LLC TO PRODUCE WITNESSES FOR DEPOSITION PURSUANT TO RULE 30(B)(6) AND FOR SANCTIONS; AND<br><br>[PROPOSED] ORDER<br><br>Hearing Date: May 8, 2007<br>Time: 10:00 a.m.<br>Courtroom: 640<br><br>Hon. Carla Woehrle<br><br>Discovery Cut-Off: June 15, 2007<br>Pretrial Conference: Oct. 1, 2007<br>Trial: Oct. 16, 2007 |



Pursuant to Local Rule 79-5.1 and the Order Governing Use and Dissemination of Confidential Information ("Protective Order") entered by the Court in this action, plaintiff Academy of Motion Picture Arts and Sciences (the "Academy") hereby respectfully requests that the Court order Exhibit A to the concurrently filed Supplemental Declaration of Celine C. Crosa di Vergagni in Support of Supplemental Memorandum in Support of the Academy's Motion to Compel Defendant EchoStar Satellite LLC to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6) and for Sanctions filed under seal.

The Declaration attaches as Exhibit A the contract between EchoStar and International Media Distribution (Hungary) Ltd. regulating EchoStar's distribution of RAI International in the United States, which has been designated by EchoStar as Confidential pursuant to the Protective Order. The Academy requests that the Court order that this exhibit to the Supplemental Declaration be filed under seal.

In the alternative, the Academy requests that the Court declare this exhibit to the Supplemental Declaration to be outside the definition of "Confidential" as contained in the Protective Order and order it to be filed as part of the public record.

DATED: April 24, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
David Quinto
Attorneys for Plaintiff
Academy of Motion Picture Arts And Sciences

1 [PROPOSED] ORDER

3       Based on the above Application, and good cause appearing for the
4 entry thereof, IT IS HEREBY ORDERED that:
5       Exhibit A to the Supplemental Declaration of Celine C. Crosa di
6 Vergagni in Support of Supplemental Memorandum in Support of the Academy's
7 Motion to Compel Defendant EchoStar Satellite LLC to Produce Witnesses for
8 Deposition Pursuant to Rule 30(b)(6) and for Sanctions is filed under seal.

10 Dated: April 25, 2007

Hon. Carla Woehrle
United States Magistrate Judge

08874/2101973.1

-2-                                Case No. CV 05-7918 ABC (CWx)
                                             [PROPOSED] ORDER