# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | |
|---|---|
| Case No. | CV 05-7918 ABC (MANx) |
| Date | May 3, 2007 |

Title: Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al.

*Priority Send*

Present: The Honorable Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

None Present                              None Present

**Proceedings:**   RAI DEFENDANTS' MOTION TO DISMISS (In Chambers)

Pending before the Court is the above-referenced Motion to Dismiss. Upon review of the parties' submissions and the case file, the Court finds the motion appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the Court hereby VACATES the May 7, 2007, hearing and takes the matter under submission.

Initials of Preparer   D.A.

DOCKETED ON CM
MAY - 3 2007
BY D.A.   151