# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## CIVIL MINUTES - GENERAL

Case No.   CV 05-7918 ABC (Cwx)                              Date   May 8, 2007

Title   Academy of Motion Picture Acts and Sciences v. Associazione Italiana Sommelier Roma, et al.

Present: The Honorable   Carla M. Woehrle, United States Magistrate Judge

| Donna Y. Thomas | n/a | CS 5/08/07 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:**   Plaintiff Academy of Motion Picture Arts and Sciences' Motion to Compel Defendant EchoStar Satellite LLC to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6) and for Sanctions [Dkt. No. 113]

Plaintiff's motion to compel is **GRANTED IN PART**.

Defendant EchoStar is to designate a Rule 30(b)(6) witness and provide deposition testimony on the topic of processes employed with respect to compliance with broadcast standards or other legal requirements as to ethnic programming and compliance with intellectual property requirements as to all programming (Topic 7, limited), the topic of marketing, promotion and advertisement of RAI programming insofar as it refers, relates to or encompasses infringing programming, as defined in the notice (Topic 13, limited) and on the topic of the factual basis for affirmative defenses of statute of limitations, laches, estoppel, innocent involvement and fair use (Topic 23, limited).

As an alternative to the designation of a Rule 30(b)(6) witness, the following topics are to be treated as contention interrogatories and written responses are to be provided within fourteen days: Topic 18 (organization structure, included officers and directors); Topic 21 (factual basis for contention of non-infringement); Topic 22 (factual basis for contention of invalidity/unenforceability); Topic 23 (factual basis for affirmative defenses not listed above); Topic 24 (identification of documents) and Topic 25 (identification of persons with knowledge).

With respect to Topics 11 and 12 (profits from and costs related to infringing programming), the parties are to meet and confer further to fashion a reasonable process for discovery of financial information related to the calculation of damages, to the extent that such information has not otherwise been provided through discovery to date.



CV-90 (06/04)                            CIVIL MINUTES - GENERAL                              Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 05-7918 ABC (Cwx)                                   Date   May 8, 2007

Title   Academy of Motion Picture Acts and Sciences v. Associazione Italiana Sommelier Roma, et al.

 

With respect to Topic 1 (FCC regulations as to content) and Topic 6 (laws, regulations or policies regarding maintaining copies) no further Rule 30(b)(6) testimony is required.

Respective requests for sanctions are denied.


cc:     Counsel of Record




                                                                      Initials of Preparer