Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 05-7918 ABC (CWx) | Date | May 15, 2007 |
| Title | ACADEMY OF MOTION PICTURE ARTS AND SCIENCES v. ASSOCIAZIONE ITALIANA SOMMELIER ROMA, et al. | | |

Present: The Honorable   CARLA M. WOEHRLE

| D. THOMAS | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present                       None Present

**Proceedings:**       (IN CHAMBERS)

The call-in information for the telephonic motion hearing on Plaintiff's Motion to Compel Defendant Echostar Satellite to Produce Witnesses for Deposition and for Sanctions, scheduled for **May 21, 2007 at 10:00 a.m.** is listed below:

```
Call-In Number:    213/894-0800
User Access:       7002
User Password:     6010
```

cc:   Parties of Record

Initials of Preparer

DOCKETED ON CM
MAY 15 2007
056

Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al   Doc. 125

Dockets.Justia.com