# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Priority  
Send  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 05-7918 ABC (Cwx) | Date May 21, 2007 |
| Title Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma, et al. | |

Present: The Honorable **Carla M. Woehrle, United States Magistrate Judge**

| Donna Y. Thomas | n/a | CS 5/21/07 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

David W. Quinto                                     Kathy A. Jorrie

**Proceedings:** Plaintiff's Motion to Compel Defendant Echostar Satellite LLC to Produce Documents and Responses to the Academy's Third Sets of Requests for Production of Documents and Special Interrogatories and for Sanctions [Dkt. No. 131]

Plaintiff's motion is **GRANTED in part**. Not later than May 29, 2007, defendant Echostar is to provide plaintiff with the name, address and telephone number for 5,000 randomly selected RAI subscribers. The information provided is to be treated as confidential under the existing protective order, with the added provision that the material is to be used only for purposes of conducting a survey and is thereafter to be retained by counsel on an attorneys' eyes only basis. The request for sanctions is denied.

cc:     Counsel of Record

DOCKETED ON CM  
MAY 23 2007  
BY _____ 056

Initials of Preparer   DT