1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   David W. Quinto (Bar No. 106232)
2  davidquinto@quinnemanuel.com
   Juan Pablo Albán (Bar No. 218144)
3  juanpabloalban@quinnemanuel.com
   Celine Crosa di Vergagni (Bar No. 245054)
4  celinecrosa@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Plaintiff
   ACADEMY OF MOTION PICTURE
8  ARTS AND SCIENCES

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION

13  ACADEMY OF MOTION PICTURE          CASE NO. CV 05-7918 ABC (CWx)
    ARTS AND SCIENCES, a California
14  nonprofit corporation,
                                       STIPULATION AND [PROPOSED]
15           Plaintiff,                ORDER CONTINUING THE
                                       HEARING DATE FOR
16      vs.                            DEFENDANTS RAI
                                       RADIOTELEVISIONE ITALIANA
17  ASSOCIAZIONE ITALIANA              S.P.A. AND NEWCO RAI
    SOMMELIER ROMA, an unknown         INTERNATIONAL S.P.A.'S MOTION
18  entity; RAI INTERNATIONAL, an      FOR MODIFICATION OF A PRIOR
    unknown entity; REACH MEDIA,       ORDER UNTIL JULY 23, 2007
19  INC., a corporation; ECHOSTAR
    COMMUNICATIONS
20  CORPORATION, a corporation;
    INTERNATIONAL MEDIA               Courtroom: 680
21  DISTRIBUTORS (HUNGARY) LTD.       Judge:      Hon. Audrey B. Collins
    an unknown entity; NASACOM, an
22  unknown entity; DANIELE PIOMBI,
    an individual; and DOES 1 through 10,
23  inclusive,

24           Defendants.

25

26

27

28

08874/2148772.1

STIPULATION AND PROPOSED ORDER RE RAI'S MOTION FOR MODIFICATION OF A PRIOR ORDER



1  WHEREAS, Defendants RAI Radiotelevisione Italiana S.P.A. and Newco RAI International S.P.A. (together, "RAI") filed a Motion for Modification of a Prior Order on June 13, 2007;

WHEREAS, the hearing date and time for RAI's Motion for Modification of a Prior Order is currently set for July 9, 2007 at 10:00 a.m.; and

WHEREAS, the Academy requested, and RAI agrees, to continue the hearing date two weeks, to July 23, 2007;

THEREFORE, the Academy and RAI, by and through their respective counsel of record, hereby stipulate that, subject to the Court's approval, the hearing date on RAI's Motion for Modification of a Prior Order shall be continued until July 23, 2007; the Academy's opposition brief shall be due on July 9, 2007; and RAI's reply brief shall be due on July 16, 2007.

DATED: June 20, 2007  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Celine C. Crosa di Vergagni
Attorneys for Plaintiff
Academy of Motion Picture Arts And Sciences

DATED: June 20, 2007  LAW OFFICES OF CAMERON HOPKINS

By_____
Cameron Hopkins
Attorneys for Defendants
RAI Radiotelevisione Italiana S.P.A and
Newco RAI International S.P.A.

## ORDER

It is so ordered.

Dated: 6/20/07  _____
Hon. Audrey B. Collins

-2-
STIPULATION AND PROPOSED ORDER RE RAI'S MOTION FOR MODIFICATION OF A PRIOR ORDER

1         WHEREAS, Defendants RAI Radiotelevisione Italiana S.P.A. and Newco RAI International S.P.A. (together, "RAI") filed a Motion for Modification of a Prior Order on June 13, 2007;

         WHEREAS, the hearing date and time for RAI's Motion for Modification of a Prior Order is currently set for July 9, 2007 at 10:00 a.m.; and

         WHEREAS, the Academy requested, and RAI agrees, to continue the hearing date two weeks, to July 23, 2007;

         THEREFORE, the Academy and RAI, by and through their respective counsel of record, hereby stipulate that, subject to the Court's approval, the hearing date on RAI's Motion for Modification of a Prior Order shall be continued until July 23, 2007; the Academy's opposition brief shall be due on July 9, 2007; and RAI's reply brief shall be due on July 16, 2007.

DATED: June 20, 2007         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                             By _____
                                Celine C. Crosa di Vergagni
                                Attorneys for Plaintiff
                                Academy of Motion Picture Arts And Sciences

DATED: June 20, 2007         LAW OFFICES OF CAMERON HOPKINS

                             By _____
                                Cameron Hopkins
                                Attorneys for Defendants
                                RAI Radiotelevisione Italiana S.P.A and
                                Newco RAI International S.P.A.

                             ORDER

         It is so ordered.

Dated: _____        _____
                                Hon. Audrey B. Collins

08874/2148772.1

-2-
STIPULATION AND PROPOSED ORDER RE RAI'S MOTION FOR MODIFICATION OF A PRIOR ORDER

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 21, 2007, I served true copies of the following document(s) described as

1. STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE FOR DEFENDANTS RAI RADIOTELEVISIONE ITALIANA S.P.A. AND NEWCO RAI INTERNATIONAL S.P.A.'S MOTION FOR MODIFICATION OF A PRIOR ORDER UNTIL JULY 23, 2007

on the parties in this action as follows:

Kathy A. Jorrie, Esq.
**Luce, Forward, Hamilton & Scripps LLP**
601 S. Figueroa St., Suite 3900
Los Angeles, CA 90017

Cameron A. Hopkins, Esq.
**Law Offices of Cameron A. Hopkins**
865 S. Figueroa Street, Suite 1388
Los Angeles, CA 90017

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 21, 2007, at Los Angeles, California.

_David Quintana - NOW LEGAL_

08874/2127892.1