Case 2:05-cv-07918-ABC-CW    Document 153    Filed 07/17/2007    Page 1 of 1

Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al.    Doc. 153

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 05-7918 ABC (MANx) |
| | Date: July 17, 2007 |
| Title | Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al. |

*Priority Send*

Present: The Honorable Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:        Attorneys Present for Defendant:

None Present        None Present

**Proceedings:** DEFENDANTS' MOTION FOR MODIFICATION OF A PRIOR ORDER
(In Chambers)

Pending before the Court is the above-referenced Motion. Upon review of the parties' submissions and the case file, the Court finds the Motion appropriate for determination without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the Court hereby **VACATES** the July 23, 2007, hearing and takes the matter **UNDER SUBMISSION**.

Initials of Preparer    D.A.





DOCKETED ON CM
JUL 17 2007
BY D.A.  151