Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al                                                                    Doc. 165

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U S DISTRICT COURT
AUG 2 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

| Academy of Motion Picture Arts and Sciences | CASE NUMBER |
|---|---|
| Plaintiff(s), v. | CV 05-7918-ABC(CWx) |
| Associazione Italiana Sommelier Roma et. al. | NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT |
| Defendant(s). | |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of Associazione Italiana Sommelier Roma for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the complaint
- ☐ Proof of Service is lacking required information (**Statute of State or Federal is NOT CITED See form CV01 in court's website)**
- ☒ Due to the complexities in the service of summons and complaint of persons, corporation, etc in foreign countries, the docket clerk should send the Request for Entry of Default to the assigned judge.
- ☒ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on_____
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against _____for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

8/24/07                                                 By _____
                                                          Deputy Clerk

DOCKETED ON CM
AUG 24 2007
BY _____ 021

165

dockets.Justia.co