UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Send

CIVIL MINUTES - GENERAL

| Case No. | CV 05-7918 ABC (MANx) | Date | August 29, 2007 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al. | | |

Present: The Honorable Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None Present  None Present

**Proceedings:** CASE SCHEDULE (In Chambers)

The Court is in receipt of the Joint Report submitted by Plaintiff and the RAI Defendants. The Court sees no need to conduct a scheduling conference.

A case schedule was previously set as to defendants Reach Media, Inc., and Echostar Communications, Inc. This order **does not** change the discovery cut-off, motion cut-off, and expert disclosure dates as to Reach and Echostar. However, in this case, there is no reason to have different trial dates for different defendants. Accordingly, the Court hereby **VACATES** the previously-set pre-trial and trial dates, and hereby sets the following case schedule:

As to the RAI defendants:
  Discovery cut-off:           December 18, 2007
  Motion Cut-Off:              January 14, 2008
  Initial Expert Disclosure:   February 8, 2008
  Rebuttal Expert Disclosure:  March 19, 2008

As to all parties:
  Final Pre-Trial Conference:  April 14, 2008, at 10:00 a.m.
  Jury Trial:                  May 6, 2008, at 8:30 a.m.

**IT IS SO ORDERED.**



DOCKETED ON CM
AUG 31 2007
BY _____ 021

|  | 00 : 00 |
|---|---|
| Initials of Preparer | DA |

167

Dockets.Justia.com