UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U S DISTRICT COURT
AUG 3 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

| Academy of Motion Picture | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 05-7918-ABC(CWx) |
| v. Associazione Italiana et al | NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT |
| Defendant(s). | |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of ___Daniele Piombi___ for the following reason(s)

☒ NOTICE OF DEFICIENCY Re: REQUEST for Entry of Default against defendant Daniele Piombi[168]. The Clerk cannot enter the requested relief as Due to the complexities in service of summons and complaint of persons, corporation, et. in foreign countries, the docket clerk should send the Request for Entry of Default to the assigned judge. Request forwarded to assigned Judge for consideration.

☐ Request forwarded to assigned Judge for consideration
☐ Party dismissed from action on ___
☐ Case terminated on ___
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against ___ for the following reason(s)

☐ No Entry of Default on file
☐ No declaration of as required by F.R.Civ.P 55(b)
☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
☐ Case terminated on ___
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

8/31/07                    By _____
                              Deputy Clerk

DOCKETED ON CM
AUG 3 1 2007
BY ___ 021