Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al                                                                                     Doc. 174

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 05-7918 ABC (MANx) |
| Date | September 7, 2007 |
| Title | Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma et al. |

Priority Send

**Present: The Honorable** Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** PLAINTIFF'S REQUESTS TO ENTER DEFAULT AGAINST DEFENDANTS ASSOCIAZIONE ITALIANA SOMMELIER ROMA AND DANIELE PIOMBI (In Chambers)

On August 20, 2007, Plaintiff Academy of Motion Picture Arts and Sciences ("Plaintiff") filed with the Clerk of Court a Request to Enter Default Against Defendant Associazione Italiana Sommelier Roma. On August 24, 2007, the Clerk of Court entered a Notice of Deficiency, stating that the Clerk cannot enter the requested relief due to complexities of service of summons and complaint on persons in foreign countries. The Clerk forwarded the Request to the Judge for consideration.

On August 30, 2007, Plaintiff filed with the Clerk of Court a Request to Enter Default Against Defendant Daniele Piombi. On August 31, 2007, the Clerk of Court entered for this filing the same Notice of Deficiency that it entered on August 24, and forwarded the Request to the Judge for consideration.

Having reviewed Plaintiff's requests, the Court finds that Plaintiff has presented insufficient information to allow the Court to determine whether Plaintiff effected service on either defendant in accordance with the Hague Convention and applicable Italian law. Plaintiff may request defaults by filing a noticed motion with the Court, including a memorandum of points and authorities explaining how Plaintiff complied with applicable rules of service for each defendant, and any necessary exhibits, including translations.

**IT IS SO ORDERED.**

Initials of Preparer  D.A